**FILED**
**JUL 24 2015**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**PACKAGE ID** (located on your eSR submitted petition): _____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- Riverside ▼ DIVISION**

| Name of Debtor(s): | CASE NO.: 6:15-bk-17380 |
|---|---|
| Debtor Full Name: Elena Victoria Santa Cruz | CHAPTER: 7 |
| Joint Debtor Full Name: Elena Santa Cruz | |

**eSR**
**DECLARATION REGARDING ELECTRONIC FILING**
**(SELF-REPRESENTED INDIVIDUAL)**

1. I(we) have completed the following documents using the Court's Electronic Submission program for self-represented debtors (eSR):

   ☑ Petition (Form B1)
   ☐ Exhibit D (Form B 1D)
   ☐ Statement of Financial Affairs (Form B7)
   ☐ Chapter 7 Individual Debtor's Statement of Intention (Form B 8)
   ☐ Chapter 7 Statement of Current Monthly Income (Form B 22A-1)
   ☐ Chapter 7 Means Test Calculation (Form B 22-A-2) (if applicable)
   ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707 (b)(2) (Form B 22A- Supp) (if applicable)

2. Declaration of Petitioner:

   a. To be completed in all cases.

   I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my knowledge and belief; and (3) I (we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court for the Central District of California. I further declare under penalty of perjury that I (we) have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the signed original(s) to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

   b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

   ☑ I(we) am (are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105

| 7/22/2015 | Elena Victoria Santa Cruz | [signature] |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |
| | Elena Santa Cruz | |
| Date | Joint Debtor's Name | Joint Debtor's Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____
_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____
_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____
_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Riverside  , California            *[signature]*
                                                Signature of Debtor

Date:  7/22/2015
                                                _____
                                                Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                  Page 1                  **F 1015-2.1.STMT.RELATED.CASES**
                                                       Package Rev. 9/14

| RIVERSIDE COMMUNITY COLLEGE DISTRICT | | | Payroll: 07M | | Issued Date | | | 01/30/2015 |
|---|---|---|---|---|---|---|---|---|
| Employee Name | | Employee Number | Social Security | | Pay Period Ending | | | 01/31/2015 |
| ELENA VICTORIA SANTA CRUZ | | 231612 | XXX-XX-1274 | | Warrant Number | | | 23161207M |

| Current Period | | | | | Year to Date Totals | Leave Activity Through: | | | 12/31/2014 |
|---|---|---|---|---|---|---|---|---|---|
| Earnings | | | Net Pay Summary | | | Leave | Beg Bal | Earned | Used | End Bal |
| Description | Units | Amount | Description | Amount | | P/N | | | 11:00 | |
| SALARY | | 4,196.00 | GROSS EARNINGS | 4,196.00 | 4,196.00 | Sick | 66:00 | | | 55:0 |
| | | | | | | Vacation | 53:00 | 8:00 | 24:00 | 37:0 |
| | | | FEDERAL TAXES | 186.96 | 186.96 | | | | | |
| | | | EIC (Credit) | 0.00 | 0.00 | | | | | |
| | | | STATE TAXES | 17.15 | 17.15 | | | | | |
| | | | SDI | 0.00 | 0.00 | | | | | |
| | | | SOCIAL SECURITY | 254.36 | 254.36 | | | | | |
| | | | MEDICARE | 59.49 | 59.49 | Benefits Paid by your Employer on Your Behalf | | | | |
| | | | * RETIREMENT | 293.72 | 293.72 | | | | | |
| | | | | | | PERS | | | | 493.9 |
| | | | PAYROLL DEDUCTIONS: | | | FICA | | | | 254.3 |
| | | | | | | UNEMPLOYMENT INSURANCE | | | | 2.1 |
| | | | CSEA #0535 CHAPTER DUES | 3.00 | 3.00 | WORKERS COMPENSATION | | | | 96.0 |
| | | | CSEA STATE DUES | 36.75 | 36.75 | MEDICARE | | | | 59.4 |
| | | | AMER FAMILY LIFE ASSUR CO | 17.25 | 17.25 | DELTA DENTAL ALL EMPLOYEES | | | | 123.5 |
| | | | *AMERICAN FAMILY 125PLAN | 93.38 | 93.38 | KAISER EMPLOYEE + FAMILY | | | | 1,653.96 |
| | | | PARKING | 12.50 | 12.50 | JEFFERSON PILOT LIFE | | | | 8.2 |
| | | | CSEA -VICTORY CLUB | 1.00 | 1.00 | | | | | |
| | | | SCHOOLSFIRST FEDERAL CU | 300.00 | 300.00 | | | | | |
| | | | PERFORMANCE RIVERSIDE | 20.40 | 20.40 | | | | | |
| | | | | | | Total | | | | 2,691.68 |
| | | | * denotes pre-tax items | | | Withholding | | Federal | | State |
| | | | Net Pay | 2,900.04 | 2,900.04 | Status / Exemptions | | M/4 | | M/4/0 |
| Total Gross | | 4,196.00 | Taxable Earnings | 3,808.90 | 3,808.90 | Additional Tax | | 0.00 | | 0.00 |

Message:

00212

---

| | **NOTICE OF DIRECT DEPOSIT** | | **DDT** |
|---|---|---|---|
| | | | **23161207M** |

BY ORDER OF THE
GOVERNING BOARD OF:   RIVERSIDE COMMUNITY COLLEGE DISTRICT        Date:        01/30/2015

Pay Period Ending:    01/31/2015

The following amounts have been electronically deposited on behalf of:    **ELENA VICTORIA SANTA CRUZ**

**23595 JUDGE WARD CT.**

**MORENO VALLEY  CA 92557**

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX035 | XXXXXXXXXXX848 | $1,000.00 |
| CHECKING | XXXXX582 | XXXXXXXXXXX912 | $1,900.04 |

**Kenneth M. Young**, *Riverside County Superintendent of Schools*        **NON-NEGOTIABLE**

| RIVERSIDE COMMUNITY COLLEGE DISTRICT | | | Payroll: 08M | Issued Date | 02/27/2015 |
|---|---|---|---|---|---|
| Employee Name | | Employee Number | Social Security | Pay Period Ending | 02/28/2015 |
| ELENA VICTORIA SANTA CRUZ | | 231612 | XXX-XX-1274 | Warrant Number | 23161208M |

| Current Period | | | | | Year to Date Totals | Leave Activity Through: | | | | 1/31/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings | | | Net Pay Summary | | | Leave | Beg Bal | Earned | Used | End Bal |
| Description | Units | Amount | Description | Amount | | P/N | | | | |
| SALARY | | 4,196.00 | GROSS EARNINGS | 4,196.00 | 8,392.00 | Sick | 55:00 | | | 55:00 |
| | | | | | | Vacation | 37:00 | 8:00 | 8:00 | 37:00 |
| | | | FEDERAL TAXES | 186.96 | 373.92 | | | | | |
| | | | EIC (Credit) | 0.00 | 0.00 | | | | | |
| | | | STATE TAXES | 17.15 | 34.30 | | | | | |
| | | | SDI | 0.00 | 0.00 | | | | | |
| | | | SOCIAL SECURITY | 254.36 | 508.72 | | | | | |
| | | | MEDICARE | 59.49 | 118.98 | Benefits Paid by your Employer on Your Behalf | | | | |
| | | | * RETIREMENT | 293.72 | 587.44 | | | | | |
| | | | | | | UNEMPLOYMENT INSURANCE | | | | 2.10 |
| | | | PAYROLL DEDUCTIONS: | | | WORKERS COMPENSATION | | | | 96.09 |
| | | | | | | FICA | | | | 254.36 |
| | | | CSEA -VICTORY CLUB | 1.00 | 2.00 | PERS | | | | 493.91 |
| | | | CSEA STATE DUES | 36.75 | 73.50 | MEDICARE | | | | 59.49 |
| | | | *AMERICAN FAMILY 125PLAN | 93.38 | 186.76 | JEFFERSON PILOT LIFE | | | | 8.25 |
| | | | SCHOOLSFIRST FEDERAL CU | 300.00 | 600.00 | KAISER EMPLOYEE + FAMILY | | | | 1,653.96 |
| | | | PARKING | 12.50 | 25.00 | DELTA DENTAL ALL EMPLOYEES | | | | 123.52 |
| | | | AMER FAMILY LIFE ASSUR CO | 17.25 | 34.50 | | | | | |
| | | | PERFORMANCE RIVERSIDE | 20.40 | 40.80 | | | | | |
| | | | CSEA #0535 CHAPTER DUES | 3.00 | 6.00 | | | | | |
| | | | | | | Total | | | | 2,691.68 |
| | | | * denotes pre-tax items | | | Withholding | | Federal | | State |
| | | | Net Pay | 2,900.04 | 5,800.08 | Status / Exemptions | | M/4 | | M/4/0 |
| Total Gross | | 4,196.00 | Taxable Earnings | 3,808.90 | 7,617.80 | Additional Tax | | 0.00 | | 0.00 |

Message:

002192

---

| | **NOTICE OF DIRECT DEPOSIT** | | **DDT**<br>**23161208M** |
|---|---|---|---|

BY ORDER OF THE
GOVERNING BOARD OF: RIVERSIDE COMMUNITY COLLEGE DISTRICT      Date:      02/27/2015

Pay Period Ending:   02/28/2015

The following amounts have been electronically deposited on behalf of:    ELENA VICTORIA SANTA CRUZ
23595 JUDGE WARD CT.
MORENO VALLEY  CA 92557

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX035 | XXXXXXXXXXX848 | $1,000.00 |
| CHECKING | XXXXX582 | XXXXXXXXXXX912 | $1,900.04 |

**Kenneth M. Young,** *Riverside County Superintendent of Schools*                              **NON-NEGOTIABLE**

| RIVERSIDE COMMUNITY COLLEGE DISTRICT | | | Payroll: 09M | | Issued Date | 03/31/2015 |
|---|---|---|---|---|---|---|
| Employee Name | | Employee Number | Social Security | | Pay Period Ending | 03/31/2015 |
| ELENA VICTORIA SANTA CRUZ | | 231612 | XXX-XX-1274 | | Warrant Number | 23161209M |

| Current Period | | | | | Year to Date Totals | Leave Activity Through: 2/28/2015 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings | | | Net Pay Summary | | | Leave | Beg Bal | Earned | Used | End Bal |
| Description | Units | Amount | Description | Amount | | P/N | | | | |
| SALARY | | 4,196.00 | GROSS EARNINGS | 4,196.00 | 12,588.00 | Sick | 55:00 | | | 55:00 |
| | | | | | | Vacation | 37:00 | 8:00 | | 45:00 |
| | | | FEDERAL TAXES | 186.96 | 560.88 | | | | | |
| | | | EIC (Credit) | 0.00 | 0.00 | | | | | |
| | | | STATE TAXES | 17.15 | 51.45 | | | | | |
| | | | SDI | 0.00 | 0.00 | | | | | |
| | | | SOCIAL SECURITY | 254.36 | 763.08 | | | | | |
| | | | MEDICARE | 59.49 | 178.47 | Benefits Paid by your Employer on Your Behalf | | | | |
| | | | * RETIREMENT | 293.72 | 881.16 | | | | | |
| | | | | | | PERS | | | | 493.91 |
| | | | PAYROLL DEDUCTIONS: | | | WORKERS COMPENSATION | | | | 96.09 |
| | | | | | | MEDICARE | | | | 59.49 |
| | | | CSEA #0535 CHAPTER DUES | 3.00 | 9.00 | UNEMPLOYMENT INSURANCE | | | | 2.10 |
| | | | PERFORMANCE RIVERSIDE | 20.40 | 61.20 | FICA | | | | 254.36 |
| | | | CSEA -VICTORY CLUB | 1.00 | 3.00 | KAISER EMPLOYEE + FAMILY | | | | 1,653.96 |
| | | | PARKING | 12.50 | 37.50 | DELTA DENTAL ALL EMPLOYEES | | | | 123.52 |
| | | | AMER FAMILY LIFE ASSUR CO | 17.25 | 51.75 | JEFFERSON PILOT LIFE | | | | 8.25 |
| | | | *AMERICAN FAMILY 125PLAN | 93.38 | 280.14 | | | | | |
| | | | CSEA STATE DUES | 36.75 | 110.25 | | | | | |
| | | | SCHOOLSFIRST FEDERAL CU | 300.00 | 900.00 | | | | | |
| | | | | | | Total | | | | 2,691.68 |
| | | | * denotes pre-tax items | | | Withholding | | Federal | | State |
| | | | Net Pay | 2,900.04 | 8,700.12 | Status / Exemptions | | M/4 | | M/4/0 |
| Total Gross | | 4,196.00 | Taxable Earnings | 3,808.90 | 11,426.70 | Additional Tax | | 0.00 | | 0.00 |

Message:

002240

## NOTICE OF DIRECT DEPOSIT

**DDT**
**23161209M**

BY ORDER OF THE GOVERNING BOARD OF: RIVERSIDE COMMUNITY COLLEGE DISTRICT

Date: 03/31/2015
Pay Period Ending: 03/31/2015

The following amounts have been electronically deposited on behalf of:

**ELENA VICTORIA SANTA CRUZ**
**23595 JUDGE WARD CT.**
**MORENO VALLEY CA 92557**

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX035 | XXXXXXXXXXX848 | $1,000.00 |
| CHECKING | XXXXX582 | XXXXXXXXXXX912 | $1,900.04 |

*Kenneth M. Young,* Riverside County Superintendent of Schools                **NON-NEGOTIABLE**

| RIVERSIDE COMMUNITY COLLEGE DISTRICT | | | Payroll: 10M | Issued Date | 04/30/2015 |
|---|---|---|---|---|---|
| Employee Name | | Employee Number | Social Security | Pay Period Ending | 04/30/2015 |
| ELENA VICTORIA SANTA CRUZ | | 231612 | XXX-XX-1274 | Warrant Number | 23161210M |

| Current Period | | | | | Year to Date Totals | Leave Activity Through: | | | 3/31/2015 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings | | | Net Pay Summary | | | Leave | Beg Bal | Earned | Used | End Bal |
| Description | Units | Amount | Description | Amount | | P/N | | | | |
| SALARY | | 4,196.00 | GROSS EARNINGS | 4,196.00 | 16,784.00 | Sick | 55:00 | | | 55:00 |
| | | | | | | Vacation | 45:00 | 8:00 | | 53:00 |
| | | | FEDERAL TAXES | 171.96 | 732.84 | | | | | |
| | | | EIC (Credit) | 0.00 | 0.00 | | | | | |
| | | | STATE TAXES | 13.15 | 64.60 | | | | | |
| | | | SDI | 0.00 | 0.00 | | | | | |
| | | | SOCIAL SECURITY | 254.36 | 1,017.44 | Benefits Paid by your Employer on Your Behalf | | | | |
| | | | MEDICARE | 59.49 | 237.96 | | | | | |
| | | | * RETIREMENT | 293.72 | 1,174.88 | FICA | | | | 254.36 |
| | | | | | | PERS | | | | 493.91 |
| | | | PAYROLL DEDUCTIONS: | | | UNEMPLOYMENT INSURANCE | | | | 2.10 |
| | | | *TSA RCC PRE-TAX 403B | 100.00 | 100.00 | MEDICARE | | | | 59.49 |
| | | | CSEA STATE DUES | 36.75 | 147.00 | WORKERS COMPENSATION | | | | 96.09 |
| | | | PARKING | 12.50 | 50.00 | JEFFERSON PILOT LIFE | | | | 8.25 |
| | | | TSA ADMIN FEE | 2.00 | 2.00 | DELTA DENTAL ALL EMPLOYEES | | | | 123.52 |
| | | | CSEA -VICTORY CLUB | 1.00 | 4.00 | KAISER EMPLOYEE + FAMILY | | | | 1,653.96 |
| | | | AMER FAMILY LIFE ASSUR CO | 17.25 | 69.00 | | | | | |
| | | | *AMERICAN FAMILY 125PLAN | 93.38 | 373.52 | | | | | |
| | | | SCHOOLSFIRST FEDERAL CU | 300.00 | 1,200.00 | | | | | |
| | | | CSEA #0535 CHAPTER DUES | 3.00 | 12.00 | | | | | |
| | | | PERFORMANCE RIVERSIDE | 20.40 | 81.60 | | | | | |
| | | | | | | Total | | | | 2,691.68 |
| | | | * denotes pre-tax items | | | Withholding | | Federal | | State |
| | | | Net Pay | 2,817.04 | 11,517.16 | Status / Exemptions | | M/4 | | M/4/0 |
| Total Gross | | 4,196.00 | Taxable Earnings | 3,708.90 | 15,135.60 | Additional Tax | | 0.00 | | 0.00 |

Message:

002220

### NOTICE OF DIRECT DEPOSIT

DDT
23161210M

BY ORDER OF THE GOVERNING BOARD OF: RIVERSIDE COMMUNITY COLLEGE DISTRICT

Date: 04/30/2015

Pay Period Ending: 04/30/2015

The following amounts have been electronically deposited on behalf of:

ELENA VICTORIA SANTA CRUZ
23595 JUDGE WARD CT.
MORENO VALLEY  CA 92557

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX035 | XXXXXXXXXXX848 | $1,000.00 |
| CHECKING | XXXXX582 | XXXXXXXXXXX912 | $1,817.04 |

*Kenneth M. Young,* Riverside County Superintendent of Schools          **NON-NEGOTIABLE**

**RIVERSIDE COMMUNITY COLLEGE DISTRICT**

| | | |
|---|---|---|
| Payroll: 11M | Issued Date | 05/29/2015 |
| Employee Name: ELENA VICTORIA SANTA CRUZ | Pay Period Ending | 05/31/2015 |
| Employee Number: 231612 | | |
| Social Security: XXX-XX-1274 | Warrant Number | 23161211M |

### Current Period

| Earnings | | | Net Pay Summary | | Year to Date Totals |
|---|---|---|---|---|---|
| Description | Units | Amount | Description | Amount | |
| SALARY | | 4,196.00 | GROSS EARNINGS | 4,196.00 | 20,980.00 |
| | | | FEDERAL TAXES | 171.96 | 904.80 |
| | | | EIC (Credit) | 0.00 | 0.00 |
| | | | STATE TAXES | 13.15 | 77.75 |
| | | | SDI | 0.00 | 0.00 |
| | | | SOCIAL SECURITY | 254.36 | 1,271.80 |
| | | | MEDICARE | 59.49 | 297.45 |
| | | | * RETIREMENT | 293.72 | 1,468.60 |
| | | | PAYROLL DEDUCTIONS: | | |
| | | | TSA ADMIN FEE | 2.00 | 4.00 |
| | | | CSEA -VICTORY CLUB | 1.00 | 5.00 |
| | | | CSEA STATE DUES | 36.75 | 183.75 |
| | | | CSEA #0535 CHAPTER DUES | 3.00 | 15.00 |
| | | | *AMERICAN FAMILY 125PLAN | 93.38 | 466.90 |
| | | | SCHOOLSFIRST FEDERAL CU | 300.00 | 1,500.00 |
| | | | AMER FAMILY LIFE ASSUR CO | 17.25 | 86.25 |
| | | | PERFORMANCE RIVERSIDE | 0.00 | 81.60 |
| | | | PARKING | 12.50 | 62.50 |
| | | | *TSA RCC PRE-TAX 403B | 100.00 | 200.00 |
| | | | * denotes pre-tax items | | |
| | | | Net Pay | 2,837.44 | 14,354.60 |
| Total Gross | | 4,196.00 | Taxable Earnings | 3,708.90 | 18,844.50 |

### Leave Activity Through: 4/30/2015

| Leave | Beg Bal | Earned | Used | End Bal |
|---|---|---|---|---|
| P/N | | | | |
| Sick | 55:00 | | 3:00 | 52:00 |
| Vacation | 53:00 | 8:00 | 24:00 | 37:00 |

### Benefits Paid by your Employer on Your Behalf

| | |
|---|---|
| PERS | 493.91 |
| WORKERS COMPENSATION | 96.09 |
| FICA | 254.36 |
| UNEMPLOYMENT INSURANCE | 2.10 |
| MEDICARE | 59.49 |
| DELTA DENTAL ALL EMPLOYEES | 123.52 |
| JEFFERSON PILOT LIFE | 8.25 |
| KAISER EMPLOYEE + FAMILY | 1,653.96 |
| Total | 2,691.68 |

| Withholding | Federal | State |
|---|---|---|
| Status / Exemptions | M/4 | M/4/0 |
| Additional Tax | 0.00 | 0.00 |

Message:

002235

---

**NOTICE OF DIRECT DEPOSIT**

DDT
23161211M

BY ORDER OF THE GOVERNING BOARD OF: RIVERSIDE COMMUNITY COLLEGE DISTRICT

Date: 05/29/2015
Pay Period Ending: 05/31/2015

The following amounts have been electronically deposited on behalf of:

**ELENA VICTORIA SANTA CRUZ**
**23595 JUDGE WARD CT.**
**MORENO VALLEY  CA 92557**

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX035 | XXXXXXXXXXX848 | $1,000.00 |
| CHECKING | XXXXX582 | XXXXXXXXXXX912 | $1,837.44 |

*Kenneth M. Young,* Riverside County Superintendent of Schools       **NON-NEGOTIABLE**

| RIVERSIDE COMMUNITY COLLEGE DISTRICT | | | Payroll: 12M | Issued Date | 06/30/2015 |
|---|---|---|---|---|---|
| Employee Name | | Employee Number | Social Security | Pay Period Ending | 06/30/2015 |
| ELENA VICTORIA SANTA CRUZ | | 231612 | XXX-XX-1274 | Warrant Number | 23161212M |

| Current Period | | | | | Year to Date Totals |
|---|---|---|---|---|---|
| Earnings | | | Net Pay Summary | | |
| Description | Units | Amount | Description | Amount | |
| SALARY | | 4,196.00 | GROSS EARNINGS | 4,196.00 | 25,176.00 |
| | | | FEDERAL TAXES | 171.96 | 1,076.76 |
| | | | EIC (Credit) | 0.00 | 0.00 |
| | | | STATE TAXES | 13.15 | 90.90 |
| | | | SDI | 0.00 | 0.00 |
| | | | SOCIAL SECURITY | 254.36 | 1,526.16 |
| | | | MEDICARE | 59.49 | 356.94 |
| | | | * RETIREMENT | 293.72 | 1,762.32 |
| | | | PAYROLL DEDUCTIONS: | | |
| | | | AMER FAMILY LIFE ASSUR CO | 17.25 | 103.50 |
| | | | PERFORMANCE RIVERSIDE | 0.00 | 81.60 |
| | | | TSA ADMIN FEE | 2.00 | 6.00 |
| | | | CSEA -VICTORY CLUB | 1.00 | 6.00 |
| | | | CSEA #0535 CHAPTER DUES | 3.00 | 18.00 |
| | | | *AMERICAN FAMILY 125PLAN | 93.38 | 560.28 |
| | | | PARKING | 0.00 | 62.50 |
| | | | CSEA STATE DUES | 36.75 | 220.50 |
| | | | *TSA RCC PRE-TAX 403B | 100.00 | 300.00 |
| | | | SCHOOLSFIRST FEDERAL CU | 300.00 | 1,800.00 |
| | | | * denotes pre-tax items | | |
| | | | Net Pay | 2,849.94 | 17,204.54 |
| Total Gross | | 4,196.00 | Taxable Earnings | 3,708.90 | 22,553.40 |

| Leave Activity Through: | | | 5/31/2015 | |
|---|---|---|---|---|
| Leave | Beg Bal | Earned | Used | End Bal |
| P/N Sick | 52:00 | | 8:00 | 44:00 |
| Vacation | 37:00 | 8:00 | 8:00 | 37:00 |

| Benefits Paid by your Employer on Your Behalf | |
|---|---|
| MEDICARE | 59.49 |
| PERS | 493.91 |
| WORKERS COMPENSATION | 96.09 |
| UNEMPLOYMENT INSURANCE | 2.10 |
| FICA | 254.36 |
| DELTA DENTAL ALL EMPLOYEES | 123.52 |
| Total | 1,029.47 |

| Withholding | Federal | State |
|---|---|---|
| Status / Exemptions | M/4 | M/4/0 |
| Additional Tax | 0.00 | 0.00 |

Message:

00215

---

**NOTICE OF DIRECT DEPOSIT**    **DDT 23161212M**

BY ORDER OF THE GOVERNING BOARD OF: RIVERSIDE COMMUNITY COLLEGE DISTRICT

Date: 06/30/2015
Pay Period Ending: 06/30/2015

The following amounts have been electronically deposited on behalf of:

ELENA VICTORIA SANTA CRUZ
23595 JUDGE WARD CT.
MORENO VALLEY  CA 92557

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX035 | XXXXXXXXXXX848 | $1,000.00 |
| CHECKING | XXXXX582 | XXXXXXXXXXX912 | $1,849.94 |

*Kenneth M. Young, Riverside County Superintendent of Schools*    **NON-NEGOTIABLE**

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name  Elena Victoria Santa Cruz     Elena Santa Cruz

Address  23595 Judge Ward Court     Moreno Valley, CA  92557

Telephone  (951) 236-8800

☐ Attorney for Debtor(s)
☑ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| Elena Victoria Santa Cruz<br>Elena Santa Cruz | Chapter: 7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date: 7/22/2015

Debtor

Attorney (if applicable)     Joint Debtor

Package Rev. 9/14